# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

950 New Loudon Road, Suite 109, Latham, NY 12110-2100
(518) 786-9069    Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

February 26, 2018

Steven Amshen, Esq.
Petroff Amshen, LLP
1795 Coney Island Ave
3rd Floor
Brooklyn, NY 11230

      Re:    Veronica Matthews
             Case No. 19-40080-ESS

Dear Sir:

    In response to the loss mitigation request, attached please find the Creditor's request for financial information. Please forward a complete financial package with all supporting documentation, **as one complete submission, via email to bfisher@schillerknapp.com and Lmilas@schillerkapp.com**

    In the meantime, should you have any questions, or if I can be of any further assistance, please feel free to contact me. Thank you.

                                                          Respectfully Submitted,

                                                           *s/Lisa Milas*
                                                            Lisa Milas, Esq.

LRM:blf

Buffalo Office:  1412 Sweet Home Road, Suite 12, Amherst, NY 14228  (518) 786-9069
Vermont Office:  PO Box 872, 5527 Main Street, Waitsfield, VT 05673  (802) 225-8351
New Jersey Office: 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302 (518) 786-9069
*Jaclyn C. Clemmer, Esq. is admitted to practice in NY and NJ and is the responsible attorney for the law firm's NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York